1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   CHRISTIAN NICHOLAS CLAUSTRO
7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Case No. 1:22-mj-00197-SAB |
|---|---|---|
| 12 | Plaintiff, | ***UNOPPOSED* MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |
| 13 | vs. | |
| 14 | CHRISTIAN NICHOLAS CLAUSTRO, | Judge: Hon. Erica P. Grosjean |
| 15 | | |
| 16 | Defendant. | |

17        Defendant Christian Nicholas Claustro hereby moves this Court for an order modifying

18  the conditions of his pretrial release to allow him to travel to Cabo San Lucas, Baja California,

19  Mexico, to attend his sister's wedding. Pretrial Services takes no position on this motion and,

20  instead, defers to the government and the Court. Counsel for the government has stated that she

21  does not oppose the motion.

22        On January 4, 2024, this Court ordered Mr. Claustro released on a $20,000 bond secured

23  by two vehicle titles. *See* ECF #10. Amongst other conditions of release, Mr. Claustro was

24  ordered not to apply for or obtain a passport or any other travel documents during the pendency

25  of the case and to restrict his travel to the Central District of California, where he resides, and the

26  Eastern District of California for court-related purposes. *See id.*

27        Since his release on January 4, 2024, Mr. Claustro has resided in Rancho Cucamonga

28  with his father, who is also his third-party custodian. He has maintained contact with his Pretrial

1   Services Officer, participated in mental health counseling, and otherwise abided by the
2   conditions of his release.
3       The defense now requests that the Court temporarily modify the conditions of Mr.
4   Claustro's release to allow him to attend his sister's wedding in Cabo San Lucas. Specifically,
5   Mr. Claustro wishes to travel to Cabo San Lucas on May 27, 2023, and return on May 31, 2023.
6   The wedding is at the Hard Rock Hotel, which is an all-inclusive resort. The family does not
7   have plans to leave the resort during their stay. Mr. Claustro's mother and father will both be
8   present. In order to travel to Cabo San Lucas, Mr. Claustro would need to obtain a passport. He
9   is willing to surrender his passport immediately upon his return from Mexico.
10      On April 24, 2023, counsel for the government advised the undersigned via email that she
11  does not oppose the request, citing, among other considerations, Mr. Claustro's lack of criminal
12  history, his lack of ties to Mexico, and the short-term nature of the travel. On May 5, 2023,
13  Pretrial Services Officer Brian Bedrosian advised that Pretrial Services cannot take a position on
14  or recommend international travel and that his office would defer to the government and the
15  Court regarding Mr. Claustro's request.

18            Respectfully submitted,
19            HEATHER E. WILLIAMS
              Federal Defender

21  Date: May 5, 2023      */s/ Erin Snider*
              ERIN SNIDER
22            Assistant Federal Defender
              Attorney for Defendant
23            CHRISTIAN NICHOLAS CLAUSTRO

24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

**O R D E R**

Defendant Christian Nicholas Claustro's unopposed motion to modify the conditions of his pretrial release is hereby GRANTED. Mr. Claustro is authorized to travel to Cabo San Lucas, Baja California, Mexico from May 27, 2023, to May 31, 2023. He is directed to provide his itinerary to his Pretrial Services Officer in advance of the travel. Mr. Claustro is also authorized to obtain a passport for the purpose of traveling to Cabo San Lucas. He is directed to surrender his passport to the Clerk of Court within seven days of his return. Following his surrender of the passport, he may not apply for or obtain another passport or any other travel documents during the pendency of the case.

IT IS SO ORDERED.

Dated: **May 8, 2023**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE