HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHRISTIAN NICHOLAS CLAUSTRO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN NICHOLAS CLAUSTRO,<br><br>Defendant. | Case No.  1:24-cr-00039-JLT_SKO<br><br>**ORDER FOR RELEASE** |

IT IS HEREBY ORDERED that defendant Christian Nicholas Claustro (Fresno County Jail ID 7114542) shall be immediately released. On September 16, 2024, Mr. Claustro was sentenced to nine months and 13 days, which constitutes a time-served sentence.

IT IS SO ORDERED.

Dated:  **September 16, 2024**

_____
UNITED STATES DISTRICT JUDGE