1

2

3

4

5

6    IN THE UNITED STATES DISTRICT COURT

7    FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,                  Case No.  1:24-cr-00039-JLT-SKO

10                  Plaintiff,                  **ORDER GRANTING** *UNOPPOSED*
                                                **MOTION TO EXONERATE BOND AND**
11       vs.                                    **FOR RETURN OF PASSPORT**

12   CHRISTIAN NICHOLAS
     CLAUSTRO,
13
                    Defendant.
14

15          The motion to exonerate bond and for return of passport is hereby **GRANTED**. The

16   surety of the bond executed on January 4, 2023, is exonerated and the Clerk of Court is directed

17   to release the titles to the vehicles identified in docket numbers 6 and 7 to Christian Claustro.

18   The Clerk of Court is further directed to return Mr. Claustro's passport (No. A16385672) to him.

19   Mr. Claustro may pick up the vehicle titles and passport from the Clerk's Office.

20

21   IT IS SO ORDERED.

22
          Dated:   **October 8, 2024**             /s/ *Erica P. Grosjean*
23                                                 UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28