IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:24-CR-00039-001 JLT |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| CHRISTIAN NICHOLAS CLAUSTRO, | |
| Defendant. | |

The above-named defendant having been sentenced on June 29, 2026, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith for transport to the Residential Reentry Center identified by the assigned probation officer or to the residence approved by the assigned probation officer.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:   **June 29, 2026**

_____
UNITED STATES DISTRICT JUDGE